IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DOMINIQUE ALEXANDER WILLIAMS, )
)
Plaintiff, )
)
v. ) 1:23-CV-66
)
GUILFORD COUNTY JAIL, et al., )
)
Defendants. )

## ORDER

The United States Magistrate Judge filed a Recommendation in accordance with 28 U.S.C. § 636(b) and the Clerk served the recommendation on the parties. The plaintiff filed objections, but he does not direct any argument to the Magistrate Judge's analysis of his claim against defendant Haq in his official capacity. Doc. 25. That analysis is correct. After *de novo* consideration, the Court adopts the Recommendation.

It is **ORDERED** that the motion to dismiss, Doc. 17, is **GRANTED** in part and **DENIED** in part, in that the claim against defendant Haq in his official capacity claim is **DISMISSED** but the plaintiff's claim against the defendant Haq in his individual capacity for deliberate indifference to a serious medical need may proceed.

It is further **ORDERED** that the matter is referred to the Magistrate Judge for a discovery scheduling order.

This the 20th day of July, 2023.

UNITED STATES DISTRICT JUDGE